

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 7, 2022

The application is **GRANTED.**  The initial pretrial conference scheduled for January 19, 2022, at 4:10 p.m., is **adjourned** to **February 2, 2022**, at **4:30 p.m.**  By **January 26, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order.  The Clerk of Court is respectfully directed to close the motion at Docket No. 20.

Dated: January 10, 2022
New York, New York

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Idris v. Quarantillo et. al*, No. 21 Civ. 9746 (LGS)

Dear Judge Schofield:

This Office represents the government in this action in which the plaintiff seeks *de novo* judicial review of the denial of his application for naturalization.  On behalf of both sides, I write respectfully to request that the initial conference presently scheduled for January 19, 2022, and the corresponding deadline for the pre-conference submission, which is due on January 12, 2022, be adjourned until on or after January 25, 2022.

The adjournment is respectfully requested because the plaintiff served this Office by mail, and the response to the complaint is not due until January 25, 2022.  The extension is requested because the government is still consulting with agency counsel about this matter, and the parties are also discussing next steps.  The parties thus respectfully submit that an adjournment until January 25, 2022 or thereafter would be in the interests of efficiency and conservation of judicial and party resources.  This is the first request to adjourn the initial conference.  The plaintiff joins in this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    *s/ Rebecca R. Friedman*
REBECCA R. FRIEDMAN
Assistant United States Attorney
Telephone: (212) 637-2614
Facsimile:  (212) 637-2686
E-mail: rebecca.friedman@usdoj.gov

cc:  Counsel of record (via ECF)